# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-426
Lower Tribunal No. 2020CA-002714-0000-00

_____

MARVIN SHEETS,

Appellant,

v.

DEBRA WILBANKS,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
William D. Sites, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and GANNAM, JJ., concur.


Christopher V. Carlyle, of The Carlyle Appellate Law Firm, Orlando, for Appellant.

Lydia Sturgis Zbrzeznj and Nicholas T. Zbrzeznj, of Southern Atlantic Law Group, PLLC, Winter Haven, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED